B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Coudron, Peter J. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Coudron, Linda S. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7720 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  2734 |
| Street Address of Debtor (No. and Street, City,  and State)<br>1805 Pineo Grove Road<br>Princeton, IA<br>ZIPCODE  52769 | Street Address of Joint Debtor (No. and Street, City, and State)<br>400 N. 5th Street, Apt. 1<br>Eldridge, IA<br>ZIPCODE  52748 |
| County of Residence or of the Principal Place of Business:<br>Scott | County of Residence or of the Principal Place of Business:<br>Scott |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of  Business**
(Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  **N.A.**

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Peter J. Coudron & Linda S. Coudron |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   Southern District of Iowa | Case Number:<br>09-01214 | Date Filed:<br>3/24/2009 |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X   /s/ Joel Deutsch                          6/25/2011<br>       Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| | **Page 3**

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Peter J. Coudron & Linda S. Coudron

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Peter J. Coudron
_____
Signature of Debtor

**X** /s/ Linda S. Coudron
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

6/25/2011
_____
Date

### Signature of Attorney*

**X** /s/ Joel Deutsch
_____
Signature of Attorney for Debtor(s)

JOEL DEUTSCH #IS9999621
_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

1825 3rd Avenue
_____
Address

Rock Island, IL 61201
_____

309-788-9541
_____
Telephone Number

6/25/2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Iowa

In re ___Peter J. Coudron & Linda S. Coudron_____

Debtor(s)

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                    Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
   ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
   ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Peter J. Coudron_____

                                       PETER J. COUDRON

            Date:  _____6/25/2011_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Southern District of Iowa

In re ___Peter J. Coudron & Linda S. Coudron___          Case No._____
                    Debtor(s)                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                          Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

    ❏   Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____/s/ Linda S. Coudron_____

                                        LINDA S. COUDRON

            Date: _____6/25/2011_____

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re  Peter J. Coudron & Linda S. Coudron                          Case No. _____
_____                                              _____
**Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence located at 1805 Pineo Grove Rd., Princeton, IA<br><br>Legally described as: Lot 12 in Little's Pineo Grove Addition to the Town of Princeton, Scott Co., Iowa subject to easement for Public Highway dated 3/28/87 and recorded on 4/10/87 as Document #6662-87 in the Office of the Recorder of Scott Co., Iowa. | fee simple interest | J | 158,340.00 | 149,310.27 |
| | | Total ➤ | 158,340.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re  Peter J. Coudron & Linda S. Coudron _____ Case No. _____
_____
           **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Valley Bank Checking Account | H | 5.00 |
| | | DuTrac Community Credit Union | H | 400.00 |
| | | First Central Financial Account | J | 5.00 |
| | | Valley Bank Financial Account | W | 5.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Televisions (2) | J | 320.00 |
| | | VCR | J | 25.00 |
| | | Microwave | J | 25.00 |
| | | Range | J | 200.00 |
| | | Refrigerator | J | 150.00 |
| | | Washer and Dryer | J | 100.00 |
| | | Computer System | J | 50.00 |
| | | Freezer | J | 200.00 |
| | | Miscellaneous Tools | J | 200.00 |
| | | Vacuum Cleaner | J | 50.00 |
| | | Dining Room Table and Chairs | J | 75.00 |
| | | Couch and Chair | J | 40.00 |
| | | Beds | J | 100.00 |
| | | Dressers | J | 100.00 |
| | | Entertainment Center | J | 50.00 |
| | | Desk | J | 5.00 |
| | | Lamps | J | 20.00 |
| | | End Tables (2) | J | 10.00 |
| | | Laptop | J | 100.00 |
| | | DVD Player | J | 15.00 |
| | | Vacuum Cleaner | J | 15.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

In re  Peter J. Coudron & Linda S. Coudron                              Case No. _____

_____Debtor_____                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | Sectional | J | 75.00 |
| 6. Wearing apparel. | | Clothing | J | 100.00 |
| 7. Furs and jewelry. | | Wedding Ring | W | 500.00 |
| | | Diamond Necklace, Earrings and Ring, and Garnet Ring | W | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Genesis 403(B) | W | 145.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re   Peter J. Coudron & Linda S. Coudron       Case No. _____

             **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 Marshfield Montclair 16x80 Trailer<br><br>Sold on Contract to James & Christine Hendricksen on 9/30/05. | J | 4,951.52 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    <u>   0   </u>    continuation sheets attached     Total    $        8,336.52

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6C (Official Form 6C)  (04/10)

In re   Peter J. Coudron & Linda S. Coudron _____   Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                          ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                              $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Clothing | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 50.00 50.00 | 100.00 |
| Wedding Ring | (Wife)ICA § 627.6 (1)(a) | 500.00 | 500.00 |
| Diamond Necklace, Earrings and Ring, and Garnet Ring | (Wife)ICA § 627.6 (1)(b) | 300.00 | 300.00 |
| Televisions (2) | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 160.00 160.00 | 320.00 |
| VCR | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 12.50 12.50 | 25.00 |
| Microwave | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 12.50 12.50 | 25.00 |
| Range | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 100.00 100.00 | 200.00 |
| Refrigerator | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 75.00 75.00 | 150.00 |
| Washer and Dryer | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 50.00 50.00 | 100.00 |
| Computer System | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 25.00 25.00 | 50.00 |
| Freezer | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 100.00 100.00 | 200.00 |
| Miscellaneous Tools | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 100.00 100.00 | 200.00 |
| Vacuum Cleaner | (Husb)ICA § 627.6 (5) (Wife)ICA § 627.6 (5) | 25.00 25.00 | 50.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6C (Official Form 6C) (04/10) -- Cont.

In re   Peter J. Coudron & Linda S. Coudron                     Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Dining Room Table and Chairs | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 37.50<br>37.50 | 75.00 |
| Couch and Chair | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 20.00<br>20.00 | 40.00 |
| Beds | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 50.00<br>50.00 | 100.00 |
| Dressers | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 50.00<br>50.00 | 100.00 |
| Entertainment Center | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 25.00<br>25.00 | 50.00 |
| Desk | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 2.50<br>2.50 | 5.00 |
| Lamps | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 10.00<br>10.00 | 20.00 |
| End Tables (2) | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 5.00<br>5.00 | 10.00 |
| Genesis 403(B) | (Husb)ICA § 627.6 (8) (e)<br>(Wife)ICA § 627.6 (8) (e) | 6,100.00<br>0.00 | 145.00 |
| Valley Bank Checking Account | (Husb)ICA § 627.6 (14) | 5.00 | 5.00 |
| DuTrac Community Credit Union | (Husb)ICA § 627.6 (14) | 400.00 | 400.00 |
| First Central Financial Account | (Husb)ICA § 627.6 (14)<br>(Wife)ICA § 627.6 (14) | 2.50<br>2.50 | 5.00 |
| Laptop | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 50.00<br>50.00 | 100.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6C (Official Form 6C) (04/10) -- Cont.

In re   Peter J. Coudron & Linda S. Coudron                              Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| DVD Player | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 7.50<br>7.50 | 15.00 |
| Vacuum Cleaner | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 7.50<br>7.50 | 15.00 |
| Sectional | (Husb)ICA § 627.6 (5)<br>(Wife)ICA § 627.6 (5) | 37.50<br>37.50 | 75.00 |
| Valley Bank Financial Account | (Wife)ICA § 627.6 (14) | 5.00 | 5.00 |

**B6D (Official Form 6D) (12/07)**

In re _____Peter J. Coudron & Linda S. Coudron_____,    Case No. _____

_____**Debtor**_____    _____**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

 List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *******9829  EMC Mortgage Corporation PO Box 293150 Lewisville, TX  75209-3150 | | J | Incurred: 8/19/05 Lien: First Mortgage Security: Residence located at 1805 Pineo Grove Rd., Princeton, IA  VALUE $        158,340.00 | | | | 137,964.00 | 0.00 |
| ACCOUNT NO. ******9845  EMC Mortgage Corporation PO Box 293150 Lewisville, TX  75209-3150 | | J | Incurred: 8/19/05 Lien: Second Mortgage Security: Residence located at 1805 Pineo Grove Rd., Princeton, IA  VALUE $        158,340.00 | | | | 9,723.00 | 0.00 |
| ACCOUNT NO. *****7841  Green Tree Bankruptcy Dept. PO Box 6154 Rapid City, SD  57709-6154 | | J | Incurred: 5/3/95 Lien: lien on trailer Security: 1991 Marshfield Montclair 16x80 Trailer Being paid by Contract Holders, James & Christine Hendricksen.  VALUE $          4,951.52 | | | X | 4,951.52 | 0.00 |

__2__ continuation sheets attached

Subtotal ▶ | $   152,638.52 | $          0.00
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Peter J. Coudron & Linda S. Coudron_____,     Case No. _____

**Debtor**                                                                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MM Finance, LLC<br>dba EZ Money Check Cashing<br>3606 Brady Street<br>Davenport, IA 52806 | | J | Incurred: 10/3/07<br>Lien: Judgment entered in Scott Co. Case No. SCSC159191<br>Security: Residence located at 1805 Pineo Grove Rd., Princeton, IA<br><br>VALUE $          158,340.00 | | | X | 405.00 | 0.00 |
| ACCOUNT NO. SCSC165295<br><br>Quad Corporation<br>PO Box 2020<br>Davenport, IA 52809-2020 | | J | Too much text for this space to hold<br><br><br><br>VALUE $          158,340.00 | | | X | 493.76 | 0.00 |
| ACCOUNT NO. SCSC165295<br><br>Scott Co. Clerk of Court<br>416 W. 4th St.<br>Davenport, IA 52801 | | J | Incurred: 8/25/08<br>Lien: Judgment entered on behalf of Quad Corporation in Case No. SCSC165295<br>Security: Residence located at 1805 Pineo Grove Rd., Princeton, IA<br><br>VALUE $          0.00 | | | X | Notice Only | Notice Only |
| ACCOUNT NO. SCSC159191<br><br>Scott Co. Small Claims Clerk<br>416 W. 4th St.<br>Davenport, IA 52801 | | J | Incurred: 10/3/07<br>Lien: Judgment entereod on behalf of MM Finance, LLC dba E-Z Money Check Cashing<br>Security: Residence located at 1805 Pineo Grove Rd., Princeton, IA<br><br>VALUE $          158,340.00 | | | X | Notice Only | Notice Only |
| ACCOUNT NO. *****9112<br><br>Scott County Treasurer<br>PO Box 8011<br>Davenport, IA 52808-8011 | | J | Incurred: 2009-2011<br>Lien: Lien for Princeton City Specials<br>Security: Residence located at 1805 Pineo Grove Rd., Princeton, IA<br>Utility Liens<br><br>VALUE $          158,340.00 | | | | 2,518.14 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| | | |
|---|---|---|
| Subtotal (s) | $    3,416.90 | $ |
| Total(s) | $ | $ |

(Report also on
Summary of Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Peter J. Coudron & Linda S. Coudron_____,        Case No. _____

**Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *****8724 <br><br> Scott County Treasurer <br> PO Box 8011 <br> Davenport, IA  52808-8011 | | J | Incurred: 2008 & 2009 <br> Lien: mobile home taxes <br> Security: 1991 Marshfield Montclair 16x80 Trailer <br><br> VALUE $            0.00 | | | X | 388.00 | 388.00 <br> This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Thomas Yeggy <br> Atty for Quad Corp. <br> 1503 Brady St. <br> Davenport IA 52803 | | J | Incurred: 2008 <br> Lien: Attorney for Quad Corporation in Scott Co. <br> Case No. SCSC165295 <br> Security: Residence located at 1805 Pineo Grove Rd., Princeton, IA <br><br> VALUE $            0.00 | | | X | Notice Only | Notice Only |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ➤
(Total(s) of this page)    $        388.00    $        388.00

Total(s) ➤
(Use only on last page)    $    156,443.42    $        388.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. – ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10)**

In re  Peter J. Coudron & Linda S. Coudron _____ ,  Case No._____
              Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re Peter J. Coudron & Linda S. Coudron _____,   Case No._____
        Debtor                      (if known)

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1___ **continuation sheets attached**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont**.

In re ___Peter J. Coudron & Linda S. Coudron_____,    Case No. _____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)　　Sec. 507(a)(1)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Iowa Child Support Recovery<br>PO Box 9125<br>Des Moines, IA 50306 | | H | Consideration:<br>Domestic Support Obligation | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Linida S. Coudron<br>400 N 5th Street, Apt. 1<br>Eldridge IA 52748 | | H | Incurred: 2011<br>Consideration:<br>Domestic Support Obligation | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no.__1__ of __1__continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $　　　0.00 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $　　　0.00 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $　　　0.00 | $　　　0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re __Peter J. Coudron & Linda S. Coudron_____,    Case No. _____
          **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   ☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6977<br><br>Account Liquidation Services, Inc.<br>304 West Water Street<br>PO Box 174<br>Decorah, IA 52101 | | H | Incurred: 2010<br>Consideration: NSF checks<br>Collection Agent for Happy Joe's | | | | Notice Only |
| ACCOUNT NO.  ****1906<br><br>Advance America<br>1801 E. Kimberly Rd.<br>Davenport, IA  52807 | | W | Incurred: 2007<br>Consideration: payday loans/cash advance | | | | 515.00 |
| ACCOUNT NO.  various<br><br>Advanced Radiology, S.C.<br>615 Valley View #202<br>Moline, IL  61265 | | J | Incurred: 2008-2009<br>Consideration: medical services - two accounts<br>Also judgment entered by Quad Corporation on their behalf in SCSC165295. | | | | 12.20 |
| ACCOUNT NO.  ************6652<br><br>AFNI<br>PO Box 3517<br>Bloomington, IL  61702-3517 | | J | Incurred: 2006<br>Consideration: collection agent for Dish Network | | | | Notice Only |

_\_\_27\_\_\_\_continuation sheets attached

                       Subtotal ➤ | $   527.20

                          Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Peter J. Coudron & Linda S. Coudron                    ,    Case No. _____
        **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0511<br><br>Allied Business Accounts, Inc.<br>300-1/2 S. 2nd St.<br>Clinton, IA 52733 | | J | Incurred: 2007<br>Consideration: collection agent for Eastern Iowa Propane, Ltd.<br>fka Creditor Services | | | | Notice Only |
| ACCOUNT NO.  *****2490<br><br>Allied Interstate<br>3000 Corp. Exchange Dr. 5th Fl.<br>Columbus, OH  43231 | | W | Incurred: 3/09<br>Consideration: collection agent for LVNV Funding LLC | | | | Notice Only |
| ACCOUNT NO.  0473<br><br>Ameritox<br>PO Box 40216<br>Atlanta, GA 30384-2166 | | H | Incurred: 2011<br>Consideration: Medical Services<br>Collection Agent for Edward Bergstom MD | | | | Notice Only |
| ACCOUNT NO.<br><br>Anesthesia & Pain consultants, PC<br>3400 Dexter Court #200<br>Davenport, IA 52807 | | W | Incurred: 2009<br>Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO.  ****-****-****-8215<br><br>Applied Bank<br>4700 Exchange Ct<br>Boca Raton, FL 33431-0966 | | H | Incurred: 11/97<br>Consideration: charged off credit card account, closed in 7/03<br>fka Cross County Bank | | | X | 1,431.18 |

Sheet no. <u>1</u> of <u>27</u> continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  1,451.18

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ****-****-****-7087<br><br>Applied Bank<br>4700 Exchange Ct<br>Boca Raton, FL 33431-0966 | | W | Incurred: 9/98<br>Consideration: charged off credit card account<br>fka Cross Country Bank | | | | 959.98 |
| ACCOUNT NO. ****7383<br><br>Arrow Financial Services LLC<br>5996 W. Touhy Ave.<br>Niles, IL 60714 | | H | Incurred: 9/08<br>Consideration: purchaser or assignee of Premier Bankcard Inc. aka First Premier credit card account ending in 6604 | | | | 629.53 |
| ACCOUNT NO. 8471<br><br>Asthma Allergy Clinic Quad Cities<br>4372 7th St.<br>Moline, IL 61265 | | H | Incurred: 2008<br>Consideration: Medical Services | | | | 20.00 |
| ACCOUNT NO.<br><br>ATG Credit LLC<br>PO Box 14895<br>Chicago, IL 60614-0895 | | W | Incurred: 2009<br>Consideration: Medical Services<br>Collection Agent for Anesthesia Pain Consultants | | | | Notice Only |
| ACCOUNT NO. 4097<br><br>Barns Foodland<br>622 10th Street<br>De Witt, IA 52742-1337 | | H | Incurred: 2010`<br>Consideration: NSF checks | | | | 70.00 |

Sheet no. __2__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　Subtotal ➤ | $ | 1,679.51

　　　　　　　　　　　　　　　　　　　　　Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
                 **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3571 <br><br> Bath & Body Works <br> 320 W Kimberly Road, #501 <br> Davenport, Ia 52806-5988 | | H | Incurred: 2010 <br> Consideration: NSF checks | | | | 89.22 |
| ACCOUNT NO. <br><br> Bennett DeLoney & Noyes PC <br> Attys for Certegy Pymt Recovery <br> 1265 E. Ford Union Blvd. #150 <br> Salt Lake City, UT  84047-1808 | | W | Incurred: 8/08 <br> Consideration: Attorneys for Certegy Payment Recovery Services, Inc. <br> File No. ****9992 | | | | Notice Only |
| ACCOUNT NO.  ***6004 <br><br> Blackhawk State Bank <br> 301 4th St. W <br> Milan, IL 61264-1100 | | J | Incurred: 2008-2011 <br> Consideration: overdrawn checking account & deficiency balance | | | | 23,156.00 |
| ACCOUNT NO.  8POX <br><br> Blue Cross Blue Shield of IL <br> 300 East Randolph <br> Chicago, IL 60601-5099 | | H | Incurred: 2011 <br> Consideration: Medical Services | | | | 1,227.00 |
| ACCOUNT NO.  ****-****-****-2392 <br><br> CACH, LLC <br> 370 17th St. #5000 <br> Denver, CO  80202-5690 | | H | Incurred: 1/07 <br> Consideration: purchaser of assignee of Credit One Bank credit card account ending in 2392 <br> aka Collect America | | | | 977.86 |

Sheet no. __3__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 25,450.08

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CACV of Colorado, LLC<br>370 17th St. #5000<br>Denver, CO  80202-5622 | | | Consideration: former purchaser of MBNA America Bank, NA credit card account | | | X | Notice Only |
| ACCOUNT NO.  ******9612<br><br>Capital Management Services, Inc.<br>726 Exchange St. #700<br>Buffalo, NY  14210 | | H | Consideration: collection agent for IDT Carmel Inc. | | | X | Notice Only |
| ACCOUNT NO.  5178<br><br>Capital One Bank USA<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | | W | Incurred: 2/2006<br>Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO.  various<br><br>Casey's General Stores, Inc.<br>1 SE Convenience Blvd.<br>Ankeny, IA 50021 | | W | Incurred: 4/21/07<br>Consideration: NSF checks | | | | 396.54 |
| ACCOUNT NO.  **-****7433<br><br>CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | | H | Incurred: 2/09<br>Consideration: collection agent for LVNV Funding LLC aka Resurgent Capital Services | | | | Notice Only |

Sheet no. _4_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       396.54

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____,          Case No. _____
                                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  various<br><br>CBE Group, Inc.<br>PO Box 2547<br>Waterloo, IA  50704-2547 | | J | Consideration: Medical Services collection agent for Trinity Medical Center; IH Mississippi Valley Laboratory; Clinton Physical Therapy | | | | Notice Only |
| ACCOUNT NO.  ****3489;4141<br><br>Certegy Payment Recovery Serv.<br>11601 Roosevelt Blvd.<br>St. Petersburg, FL  33716 | | W | Incurred: 12/07<br>Consideration: NSF checks purchaser or assignee of NSF check to K-Mart;Dillards | | | | 715.53 |
| ACCOUNT NO.<br><br>Check 'N Go of Iowa, Inc.<br>2162 E. Kimberly Rd.<br>Davenport, IA 52807 | | W | Incurred: 2007<br>Consideration: cash advance | | | | 265.00 |
| ACCOUNT NO.<br><br>ChexSystems<br>7805 Hudson Rd. #100<br>Woodbury, MN  55125 | | J | Consideration: bankruptcy notice | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Princeton<br>311 Third Street<br>PO Box 307<br>Princeton, IA 52768 | | J | Incurred: 2010-2011<br>Consideration: Utilities | | | | 2,688.80 |

Sheet no. __5__ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,669.33

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
               **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ClearCheck Payment Solutions, LLC<br>PO Box 27087<br>Greenville, SC  29616-2087 | | W | Incurred: 2007<br>Consideration: collection agent for CVS | | | | Notice Only |
| ACCOUNT NO.  9472;000F<br><br>Clinton Physical Therapy<br>240 N Bluff Blvd, #101<br>Clinton, IA 52732 | | J | Incurred: 2010-2011<br>Consideration: Medical Services | | | | 255.68 |
| ACCOUNT NO.  1740<br><br>Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193 | | H | Incurred: 12/2006<br>Consideration: Revolving Credit | | | | 925.00 |
| ACCOUNT NO.  *******1890<br><br>Credit Protection Association<br>13355 Noel Rd. #2100<br>Dallas, TX  75240 | | W | Incurred: 9/06<br>Consideration: collection agent for Mediacom | | | | Notice Only |
| ACCOUNT NO.  6728<br><br>Credit Protection Association LP<br>13355 Noel Road<br>Dallas, TX 75240 | | H | Consideration: Collection Agent for Mediacom | | | | Notice Only |

Sheet no. __6__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,180.68

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,     Case No. _____
             **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Curtis G. McCormick<br>Atty for IFR, Inc.<br>7405 University Ave. #10<br>Des Moines, IA 50325 | | W | Incurred: 2008<br>Consideration: Attorney for IFR, Inc. in Scott Co. Case No. SCSC169011 | | | | Notice Only |
| ACCOUNT NO.<br><br>CVS Corporation<br>One CVS Drive<br>Woonsocket, RI 02895 | | W | Incurred: 2007<br>Consideration: NSF checks | | | | 257.73 |
| ACCOUNT NO.<br><br>Daniels & Norrelli, PC<br>Attys for CACH, LLC<br>900 Merchants Conc. #400<br>Westbury, NY 11590 | | H | Incurred: 2006<br>Consideration: Attorneys for CACH, LLC<br>Acct No: *************3217 | | | | Notice Only |
| ACCOUNT NO. 482A;324A;702A;312A<br><br>Davenport Police Department<br>416 N Harrison Street<br>Davenport, IA 52801 | | J | Incurred: 2010-2011<br>Consideration: Traffic Violation/Photo Enforcement | | | | 260.00 |
| ACCOUNT NO. *6937<br><br>Dentistry Unlimited<br>3520 Utica Ridge Rd.<br>Bettendorf, IA 52722 | | W | Incurred: 2008-2009<br>Consideration: dental services | | | | 142.32 |

Sheet no. __7__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 660.05

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Peter J. Coudron & Linda S. Coudron  ,         Case No. _____
                 **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ************6652 <br><br> Dish Network <br> Dept. 0063 <br> Palatine, IL 60055-0063 | | J | Incurred: 2006 <br> Consideration: satellite services | | | | 18.90 |
| ACCOUNT NO.  ****ROL0 <br><br> Dr. Glenn C. Krug, DO <br> 3319 Spring St. #105 <br> Davenport, IA 52807-2125 | | W | Incurred: 2008 <br> Consideration: Medical Services | | | | 79.30 |
| ACCOUNT NO.  143 <br><br> Dr. Joseph E. D'Souza, DDS <br> 3475 Jersey Ridge Rd. <br> Davenport, IA 52807 | | J | Incurred: 2008 <br> Consideration: dental services | | | | 737.72 |
| ACCOUNT NO.  5955 <br><br> Dynamic Recovery Solutions <br> PO Box 25759 <br> Greenville, SC 29616-0759 | | H | Incurred: 2010 <br> Consideration: NSF checks <br> Collection agent for CVS | | | | Notice Only |
| ACCOUNT NO. <br><br> Eastern Iowa Propane, Ltd. <br> 4540 Lincolnway St. <br> Clinton, IA 52732 | | H | Incurred: 2007 <br> Consideration: propane services | | | | 859.20 |

Sheet no. 8 of 27 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,695.12

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,     Case No. _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0473 <br><br> Edward Bergstrom MD <br> 4480 Utica Ridge Road, Ste. 160 <br> Bettendorf, IA 52722 | | H | Incurred: 2011 <br> Consideration: Medical Services | | | | 1,227.00 |
| ACCOUNT NO.  1004; 1005 <br><br> Eldridge True Value <br> 650 E LeClaire Road <br> Eldridge, IA 52748 | | W | Incurred: 2011 <br> Consideration: NSF checks | | | | 153.88 |
| ACCOUNT NO. <br><br> ENT Professional Services P.C. <br> 3385 Dexter Ct. #101 <br> Davenport, IA  52807 | | J | Incurred: 2005-2009 <br> Consideration: medical services - three accounts | | | | 634.90 |
| ACCOUNT NO.  ****1682 <br><br> ER Solutions, Inc. <br> PO Box 9004 <br> Renton, WA  98057 | | J | Incurred: 8/06 <br> Consideration: collection agent for Qwest | | | | Notice Only |
| ACCOUNT NO.  ***1706 <br><br> FedChex Recovery <br> PO Box 18978 <br> Irvine, CA  92623 | | J | Incurred: 11/07 <br> Consideration: collection agent for Schwan's Home Service, Inc. 10600 | | | | Notice Only |

Sheet no. __9__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,015.78

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____,     Case No. _____
             **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6276<br><br>Fingerhut Direct<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | | W | Incurred: 02/2006<br>Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO.<br><br>First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV  89434 | | J | Consideration: collection agent for Applied Bank | | | | Notice Only |
| ACCOUNT NO. 4642<br><br>First Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | | H | Incurred: 2006<br>Consideration: Credit card debt | | | | 445.00 |
| ACCOUNT NO. 5177<br><br>First Premier<br>3820 N Louise Avenue<br>Sioux Falls, SD 57107-0145 | | W | Incurred: 12/2009<br>Consideration: Credit card debt | | | | 306.00 |
| ACCOUNT NO. 8166<br><br>Genesis Conveinient Care<br>PO Box 765<br>East Moline, IL 61244-0765 | | W | Incurred: 2010<br>Consideration: Medical Services | | | | 20.00 |

Sheet no. __10__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     771.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Peter J. Coudron & Linda S. Coudron_____,    Case No. _____
                **Debtor**                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0883<br><br>Genesis Health Group<br>865 Lincoln Road, Ste. L10<br>Bettendorf, IA 52722-4159 | | W | Incurred: 5/2010<br>Consideration: Medical Services | | | | 20.00 |
| ACCOUNT NO. 8007<br><br>Genesis Health System<br>1227 E Rusholme Street<br>Davenport, IA 52803 | | W | Incurred: 9/2010<br>Consideration: Medical Services | | | | 28.72 |
| ACCOUNT NO.<br><br>Genesis Home Medical Equip.<br>1803 E. Kimberly Rd.<br>Davenport, IA 52807 | | J | Incurred: 2006 & 2007<br>Consideration: equipment rental - two accounts | | | | 88.00 |
| ACCOUNT NO. Various<br><br>Genesis Medical Center<br>PO Box 70<br>Davenport, IA 52805-0070 | | J | Incurred: 2006-2011<br>Consideration: medical services - several accounts<br>aka Genesis Health System | | | | 1,710.00 |
| ACCOUNT NO. 4130;4109;4145;4079;4105<br><br>Global Payments<br>PO Box 661068<br>Chicago, IL 60666-1068 | | W | Incurred: 2010<br>Consideration: NSF checks<br>Collection agent for Harrison;Elmore;Brady | | | | 311.73 |

Sheet no. __11__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal ➤ $      2,158.45

                Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,    Case No. _____
     **Debtor**                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ****6645<br><br>Global Payments Check Recovery<br>PO Box 661068<br>Chicago, IL 60666-1068 | | J | Incurred: 11/08<br>Consideration: collection agent for Village Inn/Vicorp #10775 | | | | Notice Only |
| ACCOUNT NO. various<br><br>Goggins & Lavintman, P.A.<br>Attorneys at Law<br>1295 Northland Drive<br>Mendota heights, MN 55120 | | J | Incurred: 2009-2011<br>Consideration: NSF checks<br>Law Firm employed by collection agency<br>Trac a check for Barns Food & Happy Joe's | | | | Notice Only |
| ACCOUNT NO.<br><br>H & R Accounts, Inc.<br>PO Box 672<br>Moline, IL 61265 | | J | Consideration: collection agent for various creditors | | | | Notice Only |
| ACCOUNT NO. 6404<br><br>Hair by Stewarts<br>2828 East 53rd Street<br>Davenport, IA 52807 | | H | Incurred: 2010-2011<br>Consideration: NSF checks | | | | 181.69 |
| ACCOUNT NO. 6977;1385<br><br>Happy Joe's Pizza<br>2705 Happy Joe Drive<br>Bettendorf, IA 52722 | | H | Incurred: 2010<br>Consideration: NSF checks | | | | 229.20 |

Sheet no. __12__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 410.89

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,        Case No. _____
                **Debtor**                                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ******9612 <br><br>IDT Carmel Inc.<br>520 Broad St.<br>Newark, NJ  07102 | | H | Consideration: purchaser or assignee of US Bank account/last active 2/03 | | | X | 242.59 |
| ACCOUNT NO.   SCSC169011 <br><br>IFR, Inc.<br>5863 W. Winwood Dr.<br>Johnston, IA  50131 | | W | Consideration: purchaser or assignee of MBNA America/Bank of America credit card account ending in 1518 Plaintiff in Scott Co. Case No. SCSC169011 | | | | 4,095.84 |
| ACCOUNT NO.   ***3592 <br><br>Iowa Telecom<br>PO Box 10481<br>Des Moines, IA  50306-0481 | | J | Incurred: 2008-2009 Consideration: services rendered | | | | 128.24 |
| ACCOUNT NO.   ***6579 <br><br>IRF Capital Recovery Fund<br>c/o Paragon Way, Inc.<br>PO Box 42829<br>Austin, TX  78704-0048 | | H | Incurred: 5/06 Consideration: purchaser or assignee of McKenzie Check Advance of Iowa, LLC account ending in 4963 | | | | Notice Only |
| ACCOUNT NO. <br><br>James & Christine Hendricksen<br>14100 112th Ave. #209<br>Davenport, IA  52804 | | J | Incurred: 2007-2006 Consideration: Money that the Hendricksen's paid to Debtors, that wasa not paid to Green Tree under their contract sale. | | | | 1,500.00 |

Sheet no. __13__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,966.67

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____,    Case No. _____

          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   *********9003<br><br>Jefferson Capital Systems<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | | H | Incurred: 7/08<br>Consideration: purchaser or assignee of Fingerhut acccount ending in 4685 | | | | 187.00 |
| ACCOUNT NO.   351<br><br>John Ciaccio MD<br>1441 Central Park Avenue<br>Davenport, IA 52804 | | W | Incurred: 2007<br>Consideration: Medical Services | | | | 38.00 |
| ACCOUNT NO.   4096<br><br>Jorgie's Bar & Grill<br>241 11th Street<br>DeWitt, IA 52742 | | W | Incurred: 2010<br>Consideration: NSF checks | | | | 60.55 |
| ACCOUNT NO.   2974<br><br>K-Mart<br>3808 Brady St.<br>Davenport, IA  52806 | | W | Incurred: 12/07<br>Consideration: NSF checks | | | | Notice Only |
| ACCOUNT NO.<br><br>Kwik Trip, Inc.<br>PO Box 1597<br>La Crosse, WI 54602-1597 | | J | Incurred: 2004<br>Consideration: NSF checks | | | | 108.00 |

Sheet no. __14__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 393.55

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,     Case No. _____
           **Debtor**     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3071<br><br>Linquist Ford<br>PO Box 1246<br>Bettendorf, IA  52722 | | J | Incurred: 1/15/09<br>Consideration: NSF checks | | | | 250.00 |
| ACCOUNT NO.<br><br>Little Pineo Grove Water Company<br>1844 Pineo Grove Lane<br>Princeton, IA 52768 | | | Incurred: 2008-2011 | | | | 3,150.00 |
| ACCOUNT NO.   ************5042<br><br>LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC  29603-0497 | | H | Incurred: 4/05<br>Consideration: assignee or purchaser of Sears credit card account ending in 5042 | | | | 1,249.00 |
| ACCOUNT NO.   ********5802<br><br>LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC  29603-0497 | | H | Incurred: 8/04<br>Consideration: purchaser or assignee of Sears credit card account ending in 5802 | | | | 1,037.00 |
| ACCOUNT NO.   *****8257<br><br>LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC  29603-0497 | | H | Consideration: purchaser or assignee of US Bank account ending in 5476 | | | X | 190.88 |

Sheet no. __15__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

        Subtotal ➤   $   5,876.88

        Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,  Case No. _____
              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   *******4963 <br><br> McKenzie Check Adv. of Iowa, LLC <br> 135 N. Church St. <br> Spartanburg, SC  29306 | | J | Incurred: 2006 <br> Consideration: payday loans/cash advance | | | | 230.00 |
| ACCOUNT NO.   ********6669 <br><br> Medco Health Solutions, Inc. <br> 15001 Trinity Blvd. #300 <br> Fort Worth, TX  76155 | | J | Incurred: 2009 <br> Consideration: prescriptions/NSF check | | | | 330.00 |
| ACCOUNT NO.   Ending in 2200 <br><br> Mediacom <br> 3900 26th Avenue <br> Moline, IL 61265 | | W | Incurred: 2006 <br> Consideration: cable services | | | | 321.08 |
| ACCOUNT NO.   6728 <br><br> Mediacom <br> 3900 26th Avenue <br> Moline, IL 61265 | | H | Consideration: Cable Services | | | | 256.20 |
| ACCOUNT NO.   8709 <br><br> Medical Payment Data <br> PO Box 9500 <br> Wilkes Barre, PA 18773 | | W | Incurred: 2010 | | | | Notice Only |

Sheet no.  __16__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        1,137.28

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____ ,    Case No. _____
                   **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *****4483<br><br>Medicredit Corp.<br>PO Box 7206<br>Columbia, MO 65205 | | H | Incurred: 6/07<br>Consideration: collection agent for NYDIC Davenport | | | | Notice Only |
| ACCOUNT NO.<br><br>Metro MRI Center<br>615 Valley View Dr. #202<br>Moline, IL 61265 | | W | Consideration: Medical Services<br>Also judgment entered by Quad Corporation on their behalf in SCSC165295. | | | | Notice Only |
| ACCOUNT NO.<br><br>Metropolitan Medical Lab<br>1814 E. Locust St.<br>Davenport IA 52803 | | J | Incurred: 2006-2009<br>Consideration: Medical Services | | | | Notice Only |
| ACCOUNT NO. 8059<br><br>Mid American Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 | | H | Incurred: 2011<br>Consideration: Utilities | | | | 987.45 |
| ACCOUNT NO. *****-*8025<br><br>MidAmerican Energy Co.<br>PO Box 8020<br>Davenport, IA 52808-8020 | | W | Incurred: 2008-2009<br>Consideration: utilities | | | | 1,529.04 |

Sheet no. __17__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,516.49

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
_____**Debtor**_____   _____**(If known)**_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ******5397 <br><br> Midland Credit Management <br> PO Box 939019 <br> San Diego, CA 92123-9019 | | H | Consideration: purchaser or assignee of First Consumer National Bank account | | | X | 448.29 |
| ACCOUNT NO. <br><br> Miller-Meier Limb & Brace <br> 4505 Utica Ridge Rd. <br> Bettendorf, IA 52722 | | W | Incurred: 2008 <br> Consideration: Medical Services <br> Also judgment entered by Quad Corporation on their behalf in SCSC165295. | | | | 15.00 |
| ACCOUNT NO.   3554 <br><br> Mississippi Valley Laboratory <br> 3400 Dexter Court <br> Davenport, IA 52807 | | W | Consideration: Medical Services | | | | 16.50 |
| ACCOUNT NO.   *0042 <br><br> Mississippi Valley OMS, PC <br> 2305 E. 52nd St. #1 <br> Davenport, IA 52807 | | J | Incurred: 2007 <br> Consideration: Medical Services | | | | 45.20 |
| ACCOUNT NO. <br><br> Mister Money <br> 1165 E. Locust St. <br> Davenport, IA 52803 | | H | Consideration: payday loans/cash advance | | | | 500.00 |

Sheet no. __18__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 1,024.99

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Peter J. Coudron & Linda S. Coudron                    ,          Case No. _____
　　　　　　　　　Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   *****2734<br><br>National Credit Adjusters<br>PO Box 550<br>Hutchinson, KS 67504 | | W | Incurred: 12/07<br>Consideration: collection agent for Check 'N Go | | | | Notice Only |
| ACCOUNT NO.   ****8802<br><br>NCO Financial/22<br>507 Prudential Rd<br>Horsham, PA 19044 | | H | Incurred: 10/08<br>Consideration: purchaser or assignee of Capital One credit card account ending in 6485 | | | | 708.00 |
| ACCOUNT NO.   ******3087<br><br>Nelnet, Inc.<br>PO Box 82561<br>Lincoln, NE  68501-2561 | | W | Incurred: 6/07<br>Consideration: student loan | | | | 10,376.44 |
| ACCOUNT NO.   4046;4091;4092<br><br>North Scott Community School District<br>251 E. Iowa Street<br>Eldridge, IA 52748 | | J | Incurred: 2010<br>Consideration: NSF checks | | | | 126.38 |
| ACCOUNT NO.   1014<br><br>North Scott Foods<br>425 E. LeClaire Road<br>Eldridge, IA 52748 | | H | Incurred: 2011<br>Consideration: NSF checks | | | | 408.50 |

Sheet no. __19__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    11,619.32

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  North Scott Music Booster c/o Federal Automated Rec. System PO Box 1180 Barbourville, KY  40906 | | J | Incurred: 11/14/08 Consideration: NSF checks Check No. 3053 | | | | 122.00 |
| ACCOUNT NO.  Northland Group Inc. PO Box 390846 Edina, MN  55439 | | W | Consideration: collection agent for LVNV Funding LLC | | | | Notice Only |
| ACCOUNT NO.  *****4483  NYDIC - Davenport PO Box 8500-1580 Philadelphia, PA  19178-1580 | | H | Incurred: 2006-2007 Consideration: Medical Services | | | | 86.60 |
| ACCOUNT NO.  *****483  NYDIC - Davenport PO Box 8500-1580 Philadelphia, PA  19178-1580 | | H | Incurred: 2006-2007 Consideration: Medical Services | | | | 86.60 |
| ACCOUNT NO.  various  Orthopaedic Specialists PC 3385 Dexter Ct. #300 Davenport, IA  52807-3471 | | J | Incurred: 2006-2011 Consideration: Medical Services | | | | 145.80 |

Sheet no. __20__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　441.00

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  <u>Peter J. Coudron & Linda S. Coudron</u>,    Case No. _____
                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9824<br><br>Palmer Chiropractic Clinics-AHC<br>1000 Brady Street<br>Davenport, IA 52803-5214 | | J | Incurred: 2010-2011<br>Consideration: Medical Services for Minor Child | | | | 473.65 |
| ACCOUNT NO.  4096;4126<br><br>Payliance<br>3 Easton Oval, Ste 210<br>Columbus, OH 43219-6011 | | W | Incurred: 2010<br>Consideration: NSF checks<br>NSF Check to Jorgie's Bar & Grill; Ross Restaurant | | | | Notice Only |
| ACCOUNT NO.  *************2392<br><br>Portfolio Recovery Assoc.<br>120 Corporate Blvd.<br>Norfolk, VA  23502 | | H | Consideration: collection agent for Collect America aka CACH, LLC | | | | Notice Only |
| ACCOUNT NO.  7713<br><br>Pulmonary Associates<br>1801 E 54th Street, #100<br>Davenport, IA 52807 | | W | Incurred: 2010<br>Consideration: Medical Services | | | | 111.00 |
| ACCOUNT NO.  ******1145<br><br>Quad Cities Pathologists Group<br>1828 E. Locust St.<br>Davenport, IA  52803 | | J | Consideration: Medical Services | | | | 20.00 |

Sheet no. <u>21</u> of <u>27</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      604.65

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,    Case No. _____
　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　various<br><br>Quad Corporation<br>PO Box 2020<br>Davenport, IA 52809-2020 | | J | Consideration: collection agent for various creditors | | | | Notice Only |
| ACCOUNT NO.　*********7814<br><br>Qwest<br>PO Box 91104<br>Seattle, WA 98111-9204 | | J | Incurred: 2006<br>Consideration: telephone services | | | | 242.63 |
| ACCOUNT NO.<br><br>Rausch, Sturm, Israel, Enerson & Hornik<br>Attys for LVNV Funding LLC<br>319 7th St. #201<br>Des Moines, IA 50309 | | W | Incurred: 7/08<br>Consideration: Attorneys for LVNV Funding LLC | | | | Notice Only |
| ACCOUNT NO.　1383<br><br>Risius & Assoc Veterinary Serv.<br>112 E. LeClaire Rd.<br>Eldridge, IA 52748 | | W | Incurred: 2008-2009<br>Consideration: veterinary services | | | | 253.11 |
| ACCOUNT NO.　2166;3108<br><br>Rock Valley Physical Therapy<br>3385 Dexter Court, Ste. 203<br>Davenport, IA 52807-4700 | | J | Incurred: 2010-2011<br>Consideration: Medical Services | | | | 814.70 |

Sheet no. __22__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,310.44

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Peter J. Coudron & Linda S. Coudron_____,     Case No. _____
         **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4126<br><br>Ross's Restaurant<br>430 14th Street<br>Bettendorf, IA 52722-4820 | | H | Incurred: 2010<br>Consideration: NSF checks | | | | 62.70 |
| ACCOUNT NO.<br><br>Schwan's Home Service, Inc.<br>115 W. College Dr.<br>Marshall, MN 56258 | | J | Incurred: 10/07<br>Consideration: NSF check for 10600 | | | | 153.92 |
| ACCOUNT NO.  SCSC169011<br><br>Scott Co. Small Claims Clerk<br>416 W. 4th St.<br>Davenport, IA  52801 | | W | Incurred: 1/26/09<br>Consideration: Suit filed by IFR, Inc. in Case No. SCSC169011 | | | | Notice Only |
| ACCOUNT NO.  *************3905<br><br>Scott Lowery Law Office, PC<br>1422 E. 71st St. #B<br>Tulsa, OK  74136 | | W | Incurred: 2006<br>Consideration: Attorneys for CACV of Colorado, LLC | | | X | Notice Only |
| ACCOUNT NO.<br><br>Slagles Food Pride<br>1301 Eagle Ridge Rd.<br>LeClaire, IA  52753 | | J | Incurred: 2008-2009<br>Consideration: NSF checks | | | | Notice Only |

Sheet no.  23  of  27  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        216.62

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. various<br><br>Trac-A-Chec, Inc.<br>PO Box 2764<br>Davenport, IA 52809-2764 | | J | Incurred: 2007-2010<br>Consideration: NSF checks<br>collection agent for Casey's General Store & Slagles Food Pride; Barnes Foodland; Caseys | | | | Notice Only |
| ACCOUNT NO. 0036<br><br>Trackers Inc<br>PO Box 3712<br>Davenport, IA 52808-3712 | | W | Incurred: 2009 | | | | Notice Only |
| ACCOUNT NO.<br><br>Trinity Iowa Health System<br>1200 Pleasant St.<br>Des Moines, IA 50309-1454 | | J | Incurred: 2005-2009<br>Consideration: collection agent for Trinity Medical Center | | | | Notice Only |
| ACCOUNT NO.<br><br>Trinity Iowa Health System<br>PO Box 9391<br>Des Moines, IA 50309-9391 | | J | Incurred: 2005-2009<br>Consideration: collection agent for Trinity Medical Center | | | | Notice Only |
| ACCOUNT NO. 7105;4218;7042<br><br>Trinity Iowa Health System<br>PO Box 9391<br>Des Moines, IA 50306-9391 | | J | Incurred: 2010-2011<br>Consideration: Medical Services | | | | 462.00 |

Sheet no. __24__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   462.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Peter J. Coudron & Linda S. Coudron _____ ,      Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  various <br><br> Trinity Medical Center <br> PO Box 656 <br> Moline, IL  61266 | | J | Incurred: 2005-2011 <br> Consideration: medical services - several accounts | | | | 1,500.00 |
| ACCOUNT NO. <br><br> Trinity Medical Center - PMD <br> 10604 Justin Dr. <br> Des Moines, IA 50322-3755 | | J | Incurred: 2005-2009 <br> Consideration: collection agent for Trinity Medical Center | | | | Notice Only |
| ACCOUNT NO.  3571;6404 <br><br> TRS Recovery Services, Inc. <br> PO Box 173809 <br> Denver, CO 80217 | | H | Incurred: 2010 <br> Consideration: NSF checks <br> Collection Agent for Bath and Body Works; Hair by Stewards | | | | Notice Only |
| ACCOUNT NO. <br><br> Ultimate Fitness <br> 810 Golden Valley Drive <br> Bettendorf, IA 52722 | | J | Incurred: 3/2011 | | | | 600.00 |
| ACCOUNT NO.  7855 <br><br> Vera French <br> 1441 West Central Park <br> Davenport, IA 52804-1707 | | J | Incurred: 2011 <br> Consideration: Medical Services for Minor Child | | | | 290.00 |

Sheet no. __25__ of _27_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   |  $   2,390.00

Total ➤   |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Peter J. Coudron & Linda S. Coudron_____,   Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  *4713 <br><br> Vera French Comm. Mental Health <br> 1441 West Central Park <br> Davenport, IA 52804 | | H | Incurred: 2008-2009 <br> Consideration: Medical Services | | | | 106.00 |
| ACCOUNT NO.  ******-**4772 <br><br> Veracity Financial Group, LLC <br> 974 73rd St. #42 <br> Des Moines, IA 50312 | | J | Consideration: collection agent for Iowa Telecom | | | | Notice Only |
| ACCOUNT NO.  3058 <br><br> Village Inn/Vicorp #10775 <br> 5329 Elmore <br> Davenport, IA 52807 | | J | Incurred: 11/21/08 <br> Consideration: NSF checks | | | | 93.00 |
| ACCOUNT NO. <br><br> Weight Watchers Magazine <br> PO Box 1970 <br> Marion, OH 43306-8070 | | W | Incurred: 2005 <br> Consideration: subscription | | | | 23.95 |
| ACCOUNT NO. <br><br> West Asset Management <br> 2829 Westown Pkwy #200 <br> W. Des Moines, IA 50266-1314 | | J | Incurred: 2005-2009 <br> Consideration: collection agent for Trinity Medical Center | | | | Notice Only |

Sheet no. _26_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 222.95
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Peter J. Coudron & Linda S. Coudron                      ,          Case No. _____
_____
**Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ***7561 <br><br> West Music <br> PO Box 5521 <br> Coralville, IA  52241 | | W | Incurred: 2008-2009 <br> Consideration: rental account | | | | 68.00 |
| ACCOUNT NO.  1672 <br><br> Wild Blue Communications Inc. <br> 349 Inverness Drive South <br> Englewood, CO 80112 | | W | Incurred: 2011 | | | | 54.16 |
| ACCOUNT NO.  414 <br><br> William Bausch DDS <br> 3575 Jersey Ridge Road #1 <br> Davenport, IA 52807 | | W | Incurred: 2009 | | | | 483.00 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no.  27  of  27  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          605.16

Total ➤  $       76,853.81

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6G (Official Form 6G) (12/07)**

In re ___Peter J. Coudron & Linda S. Coudron_____    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| James & Christine Hendricksen<br>14100 112th Ave. #209<br>Davenport, IA  52804 | Sold 1991 Marshfield Montclair 16x80 Trailer on contract on 9/30/05 for $15,000.00, payable at $448.39 per month, with interest at 12%. |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re ___Peter J. Coudron & Linda S. Coudron___    Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6I (Official Form 6I) (12/07)**

In re  Peter J. Coudron & Linda S. Coudron
_____
Debtor

Case _____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Separated | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, son, daughter, son | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Packer | Insurance Coordinator |
| Name of Employer | Nestle Purina Petcare Company | Genesis Health System |
| How long employed | 1 year | 2 wks. |
| Address of Employer | 30003 Bainbridge Road | 1227 E. Rusholme Street |
| | Solon, OH 44139 | Davenport, IA 52803 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,055.00 | $ 2,844.40 |
| 2. | Estimated monthly overtime | $ 257.83 | $ 0.00 |
| 3. | SUBTOTAL | $ 3,312.83 | $ 2,844.40 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 602.24 | $ 360.25 |
| | b. Insurance | $ 334.14 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:  (D)401k                    ) | $ 237.46 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,173.84 | $ 360.25 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,138.99 | $ 2,484.15 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 581.86 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 581.86 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,720.85 | $ 2,484.15 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 5,205.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

In re  Peter J. Coudron & Linda S. Coudron                    Case No. _____

_____Debtor_____                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☑  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 600.00 |
|    a. Are real estate taxes included?   Yes _____ No ___✓___ | |
|    b. Is property insurance included?   Yes _____ No ___✓___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 120.00 |
|          b. Water and sewer | $ 0.00 |
|          c. Telephone | $ 0.00 |
|          d. Other Cell Phone $175; Cable & Internet $75 | $ 250.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 60.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| 10.Charitable contributions | $ 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ 0.00 |
|       b. Life | $ 0.00 |
|       c. Health | $ 0.00 |
|       d.Auto | $ 100.00 |
|       e. Other | $ 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto | $ 0.00 |
|       b. Other | $ 0.00 |
|       c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 581.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other     Grooming $15/Lunches $40 | $ 55.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 2,786.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   None

_____

_____

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | (Includes spouse income of $2,484.15.  See Schedule I) | $ 5,205.00 |
|    b. Average monthly expenses from Line 18 above | (Includes spouse's separate expenditures of $2,708.00.  See pg 2) | $ 5,494.00 |
|    c. Monthly net income (a. minus b.) | (Net includes Debtor/Spouse combined Amounts) | $ -289.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

In re  Peter J. Coudron & Linda S. Coudron                          Case No. _____
                   **Debtor**                                                            **(if known)**

## SPOUSE
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

       Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☑    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 625.00 |
|    a. Are real estate taxes included?     Yes _____ No ___✓___ | | |
|    b. Is property insurance included?     Yes _____ No ___✓___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 83.00 |
|           b. Water and sewer | $ | 0.00 |
|           c. Telephone | $ | 0.00 |
|           d. Other  Cell $175; Cable & Internet $80 | $ | 255.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 160.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10.Charitable contributions | $ | 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | $ | 0.00 |
|       b. Life | $ | 0.00 |
|       c. Health | $ | 0.00 |
|       d.Auto | $ | 60.00 |
|       e. Other _____ | $ | 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | $ | 200.00 |
|       b. Other _____ | $ | 0.00 |
|       c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ Grooming _____ | $ | 150.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 2,708.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | (For totals, see Debtor's Schedule J) | See pg. 1 |
|    b. Average monthly expenses from Line 18 above | (For totals, see Debtor's Schedule J) | See pg. 1 |
|    c. Monthly net income (a. minus b.) | (For totals, see Debtor's Schedule J) | See pg. 1 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Southern District of Iowa

In re    Peter J. Coudron & Linda S. Coudron

_____
Debtor

Case No. _____

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    158,340.00 | | |
| B – Personal Property | YES | 3 | $    8,336.52 | | |
| C –  Property Claimed as exempt | YES | 3 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $    156,443.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 28 | | $    76,853.81 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    5,205.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 2 | | | $    5,494.00 |
| **TOTAL** | | 46 | $    166,676.52 | $    233,297.23 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

# United States Bankruptcy Court
### Southern District of Iowa

In re    Peter J. Coudron & Linda S. Coudron      Case No. _____

                 Debtor

Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 10,376.44 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 10,376.44 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,205.00 |
| Average Expenses (from Schedule J, Line 18) | $ 5,494.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $ 6,797.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 388.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 76,853.81 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 77,241.81 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

Peter J. Coudron & Linda S. Coudron

In re _____          Case No. _____
                    **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____48____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  6/25/2011 _____          Signature:  /s/ Peter J. Coudron _____
                                                                                **Debtor**

Date  6/25/2011 _____          Signature:  /s/ Linda S. Coudron _____
                                                                             **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          Social Security No. _____
Printed or Typed Name and Title, if any,                 *(Required by 11 U.S.C. § 110.)*
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                    _____
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Iowa

In Re  Peter J. Coudron & Linda S. Coudron                                          Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|            | AMOUNT      | SOURCE               |
|------------|-------------|----------------------|
| 2011(db)   | 9,095.75    | Nestle Purina/Guardian |
| 2010(db)   | 51,000.00   | Guardian             |
| 2009(db)   | 26,685.00   | Guardian             |
| 2011(jdb)  | 15,912.96   | Genesis Health System |
| 2010(jdb)  | 33,296.59   | Genesis Health System |
| 2009(jdb)  | 44,991.00   | Genesis Health System |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**2. Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2011  (db)      8,000.00 | 401k |
| 2010(db) | |
| 2011(jdb)      400.00 | Child Support/Peter J. Coudron |
| 2010(jdb) | |

**3. Payments to creditors**

None

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Greg Cub | Monthly Rent Payments | $625.00/mo. | N/A |

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Linda S. Coudron v. Peter J. Coudron Case No. CDCD 057109 | Divorce | Scott County Iowa | Pending |

None

☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None

☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Blackhawk State Bank 301 4th St. W Milan, IL 61264-1100 | 5/8/11 | 2005 Ford Freestyle 2003 Ford Focus 2003 Pontiac Montana |

**6. Assignments and Receiverships**

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**9.    Payments related to debt counseling or bankruptcy**

None
☐
       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Joel A. Deutsch<br>1825 3rd Avenue<br>Rock Island, IL 61201 | 6/23/2011 | Filing Fee $299.00<br>Credit Counseling $50.00<br>Attorney's Fee: $900.00<br>Total: $1,249.00 |

**10.    Other transfers**

None
☒
    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

    b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

**11.  Closed financial accounts**

None        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☐        were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chales Schwab | 401k Account | April, 2011 $8,000.00 |

**12.  Safe deposit boxes**

None        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒        valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
☒        preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None        List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Thomas Rowold 181 Pineo Grove Road Princeton, IA 52768-9789 | 2002 Chrysler Sebring | |
| Pat Coudron 12th Street LeClaire, IA 52753 | 2003 Ford Focus | |

**15.  Prior address of debtor**

None ☐

       If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| 1805 Pineo Grove Road Princeton, IA 52769 | Linda S. Coudron | 2005-April, 2011 |
| 400 N 5th Street. Apt. 1 Eldridge, IA 52748 | Linda S. Coudron | April, 2011-Present |

**16.  Spouses and Former Spouses**

None ☒

       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

       NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
| --- | --- |

## [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | 6/25/2011 | Signature of Debtor | /s/ Peter J. Coudron |
|---|---|---|---|
| | | | PETER J. COUDRON |

| Date | 6/25/2011 | Signature of Joint Debtor | /s/ Linda S. Coudron |
|---|---|---|---|
| | | | LINDA S. COUDRON |

_____0_____ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Southern District of Iowa

Peter J. Coudron & Linda S. Coudron

In re _____ ,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>　EMC Mortgage Corporation | **Describe Property Securing Debt:**<br>　Residence located at 1805 Pineo Grove Rd.,<br>　Princeton, IA |

Property will be *(check one)*:

　☑ Surrendered　　　　　　　　☐ Retained

If retaining the property, I intend to *(check at least one)*:

　　☐ Redeem the property
　　☐ Reaffirm the debt
　　☐ Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:

　　☐ Claimed as exempt　　　　　　　☑ Not claimed as exempt

---

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>　EMC Mortgage Corporation | **Describe Property Securing Debt:**<br>　Residence located at 1805 Pineo Grove Rd.,<br>　Princeton, IA |

Property will be *(check one)*:

　☑ Surrendered　　　　　　　　☐ Retained

If retaining the property, I intend to *(check at least one)*:

　　☐ Redeem the property
　　☐ Reaffirm the debt
　　☐ Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:

　　☐ Claimed as exempt　　　　　　　☑ Not claimed as exempt

B8 (Official Form 8) (12/08)                                                                                    Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

<table>
<tr>
<td colspan="2">Property No.  1</td>
</tr>
<tr>
<td><b>Lessor's Name:</b><br>  James & Christine Hendricksen<br>    14100 112th Ave. #209<br>    Davenport, IA  52804</td>
<td><b>Describe Leased Property:</b><br>Sold 1991 Marshfield Montclair 16x80<br>Trailer on contract on 9/30/05 for<br>$15,000.00, payable at $448.39 per month,<br>with interest at 12%.</td>
<td>Lease will be Assumed pursuant<br>to 11 U.S.C. §365(p)(2)):<br><br>☑  YES      ☐  NO</td>
</tr>
</table>

<table>
<tr>
<td colspan="2">Property No.  2 <i>(if necessary)</i></td>
</tr>
<tr>
<td><b>Lessor's Name:</b></td>
<td><b>Describe Leased Property:</b></td>
<td>Lease will be Assumed pursuant<br>to 11 U.S.C. §365(p)(2)):<br><br>☐  YES      ☐  NO</td>
</tr>
</table>

<table>
<tr>
<td colspan="2">Property No.  3 <i>(if necessary)</i></td>
</tr>
<tr>
<td><b>Lessor's Name:</b></td>
<td><b>Describe Leased Property:</b></td>
<td>Lease will be Assumed pursuant<br>to 11 U.S.C. §365(p)(2)):<br><br>☐  YES      ☐  NO</td>
</tr>
</table>

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: _6/25/2011_____

                         /s/ Peter J. Coudron_____
                         Signature of Debtor

                         /s/ Linda S. Coudron_____
                         Signature of Joint Debtor

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Iowa

In re    Peter J. Coudron & Linda S. Coudron                              Case No. _____
_____
            **Debtor**                                                              **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X_____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person,
or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

Peter J. Coudron & Linda S. Coudron              X   /s/ Peter J. Coudron              6/25/2011
Printed Names(s) of Debtor(s)                              Signature of Debtor              Date

Case No. (if known) _____              X   /s/ Linda S. Coudron              6/25/2011
                                                              Signature of Joint Debtor, (if any)              Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Account Liquidation Services, Inc.
304 West Water Street
PO Box 174
Decorah, IA 52101


Advance America
1801 E. Kimberly Rd.
Davenport, IA  52807


Advanced Radiology, S.C.
615 Valley View #202
Moline, IL  61265


AFNI
PO Box 3517
Bloomington, IL  61702-3517


Allied Business Accounts, Inc.
300-1/2 S. 2nd St.
Clinton, IA 52733


Allied Interstate
3000 Corp. Exchange Dr. 5th Fl.
Columbus, OH  43231


Ameritox
PO Box 40216
Atlanta, GA 30384-2166


Anesthesia & Pain consultants, PC
3400 Dexter Court #200
Davenport, IA 52807


Applied Bank
4700 Exchange Ct
Boca Raton, FL  33431-0966


Applied Bank
4700 Exchange Ct
Boca Raton, FL  33431-0966

Arrow Financial Services LLC
5996 W. Touhy Ave.
Niles, IL  60714


Asthma Allergy Clinic Quad Cities
4372 7th St.
Moline, IL 61265


ATG Credit LLC
PO Box 14895
Chicago, IL 60614-0895


Barns Foodland
622 10th Street
De Witt, IA 52742-1337


Bath & Body Works
320 W Kimberly Road, #501
Davenport, Ia 52806-5988


Bennett DeLoney & Noyes PC
Attys for Certegy Pymt Recovery
1265 E. Ford Union Blvd. #150
Salt Lake City, UT  84047-1808


Blackhawk State Bank
301 4th St. W
Milan, IL 61264-1100


Blue Cross Blue Shield of IL
300 East Randolph
Chicago, IL 60601-5099


CACH, LLC
370 17th St. #5000
Denver, CO  80202-5690


CACV of Colorado, LLC
370 17th St. #5000
Denver, CO  80202-5622

Capital Management Services, Inc.
726 Exchange St. #700
Buffalo, NY  14210


Capital One Bank USA
PO Box 6492
Carol Stream, IL 60197-6492


Casey's General Stores, Inc.
1 SE Convenience Blvd.
Ankeny, IA 50021


CBCS
PO Box 163250
Columbus, OH 43216-3250


CBE Group, Inc.
PO Box 2547
Waterloo, IA  50704-2547


Certegy Payment Recovery Serv.
11601 Roosevelt Blvd.
St. Petersburg, FL  33716


Check 'N Go of Iowa, Inc.
2162 E. Kimberly Rd.
Davenport, IA 52807


ChexSystems
7805 Hudson Rd. #100
Woodbury, MN  55125


City of Princeton
311 Third Street
PO Box 307
Princeton, IA 52768


ClearCheck Payment Solutions, LLC
PO Box 27087
Greenville, SC  29616-2087

Clinton Physical Therapy
240 N Bluff Blvd, #101
Clinton, IA 52732


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Credit Protection Association
13355 Noel Rd. #2100
Dallas, TX  75240


Credit Protection Association LP
13355 Noel Road
Dallas, TX 75240


Curtis G. McCormick
Atty  for IFR, Inc.
7405 University Ave. #10
Des Moines, IA  50325


CVS Corporation
One CVS Drive
Woonsocket, RI 02895


Daniels & Norrelli, PC
Attys for CACH, LLC
900 Merchants Conc. #400
Westbury, NY  11590


Davenport Police Department
416 N Harrison Street
Davenport, IA 52801


Dentistry Unlimited
3520 Utica Ridge Rd.
Bettendorf, IA  52722


Dish Network
Dept. 0063
Palatine, IL 60055-0063

Dr. Glenn C. Krug, DO
3319 Spring St. #105
Davenport, IA  52807-2125


Dr. Joseph E. D'Souza, DDS
3475 Jersey Ridge Rd.
Davenport, IA  52807


Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759


Eastern Iowa Propane, Ltd.
4540 Lincolnway St.
Clinton, IA  52732


Edward Bergstrom MD
4480 Utica Ridge Road, Ste. 160
Bettendorf, IA 52722


Eldridge True Value
650 E LeClaire Road
Eldridge, IA 52748


EMC Mortgage Corporation
PO Box 293150
Lewisville, TX  75209-3150


EMC Mortgage Corporation
PO Box 293150
Lewisville, TX  75209-3150


ENT Professional Services P.C.
3385 Dexter Ct. #101
Davenport, IA  52807


ER Solutions, Inc.
PO Box 9004
Renton, WA  98057

FedChex Recovery
PO Box 18978
Irvine, CA  92623


Fingerhut Direct
6250 Ridgewood Road
Saint Cloud, MN 56303-0820


First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV  89434


First Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145


First Premier
3820 N Louise Avenue
Sioux Falls, SD 57107-0145


Genesis Conveinient Care
PO Box 765
East Moline, IL 61244-0765


Genesis Health Group
865 Lincoln Road, Ste. L10
Bettendorf, IA 52722-4159


Genesis Health System
1227 E Rusholme Street
Davenport, IA 52803


Genesis Home Medical Equip.
1803 E. Kimberly Rd.
Davenport, IA  52807


Genesis Medical Center
PO Box 70
Davenport, IA  52805-0070

Global Payments
PO Box 661068
Chicago, IL 60666-1068


Global Payments Check Recovery
PO Box 661068
Chicago, IL  60666-1068


Goggins & Lavintman, P.A.
Attorneys at Law
1295 Northland Drive
Mendota heights, MN 55120


Green Tree Bankruptcy Dept.
PO Box 6154
Rapid City, SD  57709-6154


H & R Accounts, Inc.
PO Box 672
Moline, IL  61265


Hair by Stewarts
2828 East 53rd Street
Davenport, IA 52807


Happy Joe's Pizza
2705 Happy Joe Drive
Bettendorf, IA 52722


IDT Carmel Inc.
520 Broad St.
Newark, NJ  07102


IFR, Inc.
5863 W. Winwood Dr.
Johnston, IA  50131


Iowa Child Support Recovery
PO Box 9125
Des Moines, IA 50306

Iowa Telecom
PO Box 10481
Des Moines, IA   50306-0481


IRF Capital Recovery Fund
c/o Paragon Way, Inc.
PO Box 42829
Austin, TX   78704-0048


James & Christine Hendricksen
14100 112th Ave. #209
Davenport, IA   52804


James & Christine Hendricksen
14100 112th Ave. #209
Davenport, IA   52804


Jefferson Capital Systems
16 Mcleland Rd
Saint Cloud, MN 56303


John Ciaccio MD
1441 Central Park Avenue
Davenport, IA 52804


Jorgie's Bar & Grill
241 11th Street
DeWitt, IA 52742


K-Mart
3808 Brady St.
Davenport, IA   52806


Kwik Trip, Inc.
PO Box 1597
La Crosse, WI 54602-1597


Linida S. Coudron
400 N 5th Street, Apt. 1
Eldridge IA 52748

Linquist Ford
PO Box 1246
Bettendorf, IA   52722


Little Pineo Grove Water Company
1844 Pineo Grove Lane
Princeton, IA 52768


LVNV Funding LLC
PO Box 10497
Greenville, SC   29603-0497


LVNV Funding LLC
PO Box 10497
Greenville, SC   29603-0497


LVNV Funding LLC
PO Box 10497
Greenville, SC   29603-0497


McKenzie Check Adv. of Iowa, LLC
135 N. Church St.
Spartanburg, SC   29306


Medco Health Solutions, Inc.
15001 Trinity Blvd. #300
Fort Worth, TX   76155


Mediacom
3900 26th Avenue
Moline, IL   61265


Mediacom
3900 26th Avenue
Moline, IL 61265


Medical Payment Data
PO Box 9500
Wilkes Barre, PA 18773

Medicredit Corp.
PO Box 7206
Columbia, MO  65205


Metro MRI Center
615 Valley View Dr. #202
Moline, IL  61265


Metropolitan Medical Lab
1814 E. Locust St.
Davenport IA 52803


Mid American Energy Company
PO Box 8020
Davenport, IA 52808-8020


MidAmerican Energy Co.
PO Box 8020
Davenport, IA 52808-8020


Midland Credit Management
PO Box 939019
San Diego, CA  92123-9019


Miller-Meier Limb & Brace
4505 Utica Ridge Rd.
Bettendorf, IA  52722


Mississippi Valley Laboratory
3400 Dexter Court
Davenport, IA 52807


Mississippi Valley OMS, PC
2305 E. 52nd St. #1
Davenport, IA  52807


Mister Money
1165 E. Locust St.
Davenport, IA  52803

MM Finance, LLC
dba EZ Money Check Cashing
3606 Brady Street
Davenport, IA  52806


National Credit Adjusters
PO Box 550
Hutchinson, KS 67504


NCO Financial/22
507 Prudential Rd
Horsham, PA 19044


Nelnet, Inc.
PO Box 82561
Lincoln, NE  68501-2561


North Scott Community School District
251 E. Iowa Street
Eldridge, IA 52748


North Scott Foods
425 E. LeClaire Road
Eldridge, IA 52748


North Scott Music Booster
c/o Federal Automated Rec. System
PO Box 1180
Barbourville, KY  40906


Northland Group Inc.
PO Box 390846
Edina, MN  55439


NYDIC - Davenport
PO Box 8500-1580
Philadelphia, PA  19178-1580


NYDIC - Davenport
PO Box 8500-1580
Philadelphia, PA  19178-1580

Orthopaedic Specialists PC
3385 Dexter Ct. #300
Davenport, IA  52807-3471


Palmer Chiropractic Clinics-AHC
1000 Brady Street
Davenport, IA 52803-5214


Payliance
3 Easton Oval, Ste 210
Columbus, OH 43219-6011


Portfolio Recovery Assoc.
120 Corporate Blvd.
Norfolk, VA  23502


Pulmonary Associates
1801 E 54th Street, #100
Davenport, IA 52807


Quad Cities Pathologists Group
1828 E. Locust St.
Davenport, IA  52803


Quad Corporation
PO Box 2020
Davenport, IA 52809-2020


Quad Corporation
PO Box 2020
Davenport, IA 52809-2020


Qwest
PO Box 91104
Seattle, WA  98111-9204


Rausch, Sturm, Israel, Enerson & Hornik
Attys for LVNV Funding LLC
319 7th St. #201
Des Moines, IA  50309

Risius & Assoc Veterinary Serv.
112 E. LeClaire Rd.
Eldridge, IA  52748


Rock Valley Physical Therapy
3385 Dexter Court, Ste. 203
Davenport, IA 52807-4700


Ross's Restaurant
430 14th Street
Bettendorf, IA 52722-4820


Schwan's Home Service, Inc.
115 W. College Dr.
Marshall, MN 56258


Scott Co. Clerk of Court
416 W. 4th St.
Davenport, IA  52801


Scott Co. Small Claims Clerk
416 W. 4th St.
Davenport, IA  52801


Scott Co. Small Claims Clerk
416 W. 4th St.
Davenport, IA  52801


Scott County Treasurer
PO Box 8011
Davenport, IA  52808-8011


Scott County Treasurer
PO Box 8011
Davenport, IA  52808-8011


Scott Lowery Law Office, PC
1422 E. 71st St. #B
Tulsa, OK  74136

Slagles Food Pride
1301 Eagle Ridge Rd.
LeClaire, IA  52753


Thomas Yeggy
Atty for Quad Corp.
1503 Brady St.
Davenport IA 52803


Trac-A-Chec, Inc.
PO Box 2764
Davenport, IA 52809-2764


Trackers Inc
PO Box 3712
Davenport, IA 52808-3712


Trinity Iowa Health System
1200 Pleasant St.
Des Moines, IA  50309-1454


Trinity Iowa Health System
PO Box 9391
Des Moines, IA  50309-9391


Trinity Iowa Health System
PO Box 9391
Des Moines, IA 50306-9391


Trinity Medical Center
PO Box 656
Moline, IL  61266


Trinity Medical Center - PMD
10604 Justin Dr.
Des Moines, IA 50322-3755


TRS Recovery Services, Inc.
PO Box 173809
Denver, CO 80217

Ultimate Fitness
810 Golden Valley Drive
Bettendorf, IA 52722


Vera French
1441 West Central Park
Davenport, IA 52804-1707


Vera French Comm. Mental Health
1441 West Central Park
Davenport, IA  52804


Veracity Financial Group, LLC
974 73rd St. #42
Des Moines, IA  50312


Village Inn/Vicorp #10775
5329 Elmore
Davenport, IA  52807


Weight Watchers Magazine
PO Box 1970
Marion, OH  43306-8070


West Asset Management
2829 Westown Pkwy #200
W. Des Moines, IA  50266-1314


West Music
PO Box 5521
Coralville, IA  52241


Wild Blue Communications Inc.
349 Inverness Drive South
Englewood, CO 80112


William Bausch DDS
3575 Jersey Ridge Road #1
Davenport, IA 52807

# UNITED STATES BANKRUPTCY COURT
## Southern District of Iowa

In re    Peter J. Coudron & Linda S. Coudron   ,

                        Debtor

Case No. _____

Chapter     7 _____

## VERIFICATION OF LIST OF CREDITORS

     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 15 pages, is true, correct

and complete to the best of my knowledge.

Date    6/25/2011 _____     Signature
                                         of Debtor    /s/ Peter J. Coudron _____

                                                    PETER J. COUDRON

Date    6/25/2011 _____     Signature
                                         of Joint Debtor    /s/ Linda S. Coudron _____

                                                    LINDA S. COUDRON

Joel Deutsch
1825 3rd Avenue
Rock Island, IL 61201
309-788-9541
309-788-1195

B203
12/94

# United States Bankruptcy Court
### Southern District of Iowa

In re  Peter J. Coudron & Linda S. Coudron

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................……………………........... $ ____1,000.00____

Prior to the filing of this statement I have received ........……………………........... $ ____1,000.00____

Balance Due ...............................................................…………………….................. $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

Pursuant to terms of written fee agreement between Debtor(s) and the undersigned.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Post filing services and services outlined per written fee agreement between Debtor(s) and the undersigned.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

6/25/2011                                          /s/ Joel Deutsch
_____                  _____
Date                                                  Signature of Attorney

_____
Name of law firm

B22A (Official Form 22A) (Chapter 7) (12/10)

In re  Peter J. Coudron & Linda S. Coudron
_____
Debtor(s)

Case Number:_____
(If known)

<table>
<tr><td colspan="2">According to the information required to be entered on this statement<br/>(check one box as directed in Part I, III, or VI of this statement):</td></tr>
<tr><td>☐</td><td>The presumption arises.</td></tr>
<tr><td>☑</td><td>The presumption does not arise.</td></tr>
<tr><td>☐</td><td>The presumption is temporarily inapplicable.</td></tr>
</table>

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by §707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the  Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br/><br/>☐   **Declaration of Disabled Veteran.**  By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br/><br/>☐   **Declaration of non-consumer debts.**  By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity**. Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br/><br/>☐   **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br/><br/>a.  ☐   I was called to active duty after September 11, 2001, for a period of at least 90 days and<br/>    ☐    I remain on active duty /or/<br/>    ☐    I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br/>    OR<br/>b.  ☐   I am performing homeland defense activity for a period of at least 90 days /or/<br/>    ☐    I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. – ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

| | | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br><br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | | |
| 3 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | | $ 3,935.00 | $ 2,862.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $ 0.00<br>b. Ordinary and necessary business expenses — $ 0.00<br>c. Business income — Subtract Line b from Line a | | | $ 0.00 | $ 0.00 |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | | | $ 0.00 | $ 0.00 |
| 6 | **Interest, dividends and royalties.** | | | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | | | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; If a payment is listged in Column A, do not report that payment in Column B. | | | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ 0.00    Spouse $ 0.00 | | | $ 0.00 | $ 0.00 |

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.                                                                    3

| | | | | |
|---|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
| | a. | $ 0.00 | | |
| | b. | $ 0.00 | | |
| | Total and enter on Line 10 | | $ 0.00 | $ 0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | $ 3,935.00 | $ 2,862.00 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | | $ 6,797.00 |

| | **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 81,564.00 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: Iowa    b. Enter debtor's household size: 6 | $ 90,569.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15.)**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | | |
|---|---|---|---|
| 16 | **Enter the amount from Line 12.** | | $ N.A. |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | | $ N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | | $ N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | | |
|---|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of person is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |  |  |

| **Persons under 65 years of age** | | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | N.A. |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

$  N.A.

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |  |  |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $    N.A. |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $    N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$  N.A.

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:  _____  _____  _____ | $ | N.A. |

5

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.) (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $            N.A. |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $            N.A. |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards:  Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $            N.A. | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $            N.A. | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $            N.A. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards:  Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $            N.A. | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $            N.A. | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $            N.A. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $            N.A. |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $            N.A. |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $            N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $            N.A. |

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

6

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | N.A. |
|---|---|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | N.A. |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ | N.A. |

| **Subpart B: Additional Living Expense Deductions** <br> **Note: Do not include any expenses that you have listed in Lines 19-32.** | | |
|---|---|---|

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> <table><tr><td>a.</td><td>Health Insurance</td><td>$</td><td>N.A.</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td><td>N.A.</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td><td>N.A.</td></tr></table> <br> Total and enter on Line 34. <br><br> **If you do not actually expend this total amount,** state your actual average expenditures in the space below: <br>    $ _____ N.A. _____ | $ | N.A. |
|---|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | N.A. |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.—ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

7

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court**.) You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ N.A. |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $ N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ N.A. |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total Average Monthly payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

(Line 42) $ N.A.

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | |

(Line 43) $ N.A.

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30148-301X-01810 - PDF-XChange 3.0

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $          N.A. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x          N.A. | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $          N.A. |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $          N.A. |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $          N.A. |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $          N.A. |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $          N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $          N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $          N.A. |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 51 is less than $7,075\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII.  Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $          N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $          N.A. |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. | |

### Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. | | |
| | | Expense Description | Monthly Amount |
| | a. | | $          N.A. |
| | b. | | $          N.A. |
| | c. | | $          N.A. |
| | | Total: Add Lines a, b and c | N.A. |

*Amounts are subject to adjustment on 4/1/2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

**9**

| | **Part VIII: VERIFICATION** |
|---|---|
| **57** | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: _6/25/2011_      Signature: _/s/ Peter J. Coudron_ <br>                                      *(Debtor)* <br><br> Date: _6/25/2011_      Signature: _/s/ Linda S. Coudron_ <br>                                      *(Joint Debtor, if any)* |

## Form 22 Continuation Sheet

| Income Month 1 | | | Income Month 2 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 3,935.00 | 2,862.00 | Gross wages, salary, tips... | 3,935.00 | 2,862.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

| Income Month 3 | | | Income Month 4 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 3,935.00 | 2,862.00 | Gross wages, salary, tips... | 3,935.00 | 2,862.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

| Income Month 5 | | | Income Month 6 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 3,935.00 | 2,862.00 | Gross wages, salary, tips... | 3,935.00 | 2,862.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks